| DATE: | 1/15/2021 |
|---|---|
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | N/A |
| BEGIN/END: | 4:57 p.m. – 5:04 p.m. |
| TOTAL TIME: | 7 minutes |

CASE NUMBER 4:21-MJ-00037-KPJ

USA v. Jennifer Leigh Ryan

__Tracey Batson_____
AUSA

__Brady Wyatt, Retained_____
Defense Attorney

☒ INITIAL APPEARANCE COMPLAINT
☐ ARRAIGNMENT
☐ DETENTION HEARING      ☒ PRELIMINARY HEARING      ☐ STATUS CONFERENCE

☒   Hearing Held      ☒ Hearing Called      ☒ Defendant Sworn      ☐ Interpreter Required

☒   Date of arrest:   1/15/2021 – 1:21MJ062             (Other district court & case #)

☒   Defendant ☒ advised of charges  ☒ advised of maximum penalties  ☐ waived reading of indictment

☒   Defendant first appearance with counsel Attorney:   __Brady Wyatt_____   ☒ Retained
☐   Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.
☐   Financial affidavit executed by dft.
☐   Defendant requests appointed counsel, is sworn and examined re: financial status.
☐   The court finds the defendant is ☐ able to employ counsel  ☐ unable to employ counsel.
☐   _____ CJA appointed
☐   _____ FPD appointed

☐   USA ORAL motion for detention  **USA did not move to detain***
☐   USA ORAL motion to continue ☐ Oral Order granting continuance  ☐ Oral Order denying continuance
☐   Defendant ORAL motion to continue detention hearing
☐   Oral Order granting continuance    ☐ Oral Order denying continuance
☐   Detention & Preliminary hearing set

☐   Detention Hearing waived.
☐   Defendant detained based on signed Waiver.
☐   Preliminary Hearing waived.
☐   Court found Probable Cause based on signed Waiver.
☒   Defendant signed Waiver of Rule 5 and 5.1 hearings:  ☒ waives identity hearing; ☒ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☐   Defendant signed Waiver of Rule32.1 hearing: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting   district.
☐   Defendant remanded to custody of U.S. Marshal  ☐  Defendant ordered removed to Originating District
☒   Order setting conditions of release  ☐ PR Bond executed
☐   Defendant failed to appear         ☐ oral order for arrest warrant         ☐ bond forfeited

Court ordered Defendant ☐ DETAINED ☒ RELEASED

☒ Conditions of Release entered

☐ Defendant remanded to USM.