IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. 4:21-mj-00037-KPJ |
| | § | |
| JENNIFER LEIGH RYAN (01) | § | |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES BRADY T. WYATT, III, Attorney of Record for JENNIFER LEIGH RYAN, Defendant herein, and files this his Motion to Withdraw as Attorney in this cause and for reason would show this Honorable Court the following:

I.

The Attorney and client relationship is not sustainable.

WHEREFORE, PREMISES CONSIDERED, BRADY T. WYATT, III, Movant, respectfully requests that the Court grant his motion and withdraw his name as attorney of record in the above styled and numbered cause.

Approved:

_____
Jennifer Leigh Ryan
Defendant

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD** - Page 1

Respectfully submitted,

/s/ BRADY T. WYATT, III
BRADY T. WYATT, III
State Bar No. 24008313
3300 Oak Lawn, Suite 600
Dallas, Texas 75219
(214) 559-9115
(214) 528-6601 - Fax
attywyatt@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Tracey Batson
Assistant United States Attorney
United States Attorney's Office
101 E. Park Blvd. Suite 500
Plano, TX 75074-6759
Tracey.batson@usdoj.gov

/s/ BRADY T. WYATT, III
BRADY T. WYATT, III

## CERTIFICATE OF CONFERENCE

I, Brady T. Wyatt, III, hereby certify that on January 26, 2021, I conferred with Ms. Tracey Batson, Assistant United States Attorney, and she is unopposed to the foregoing Motion.

/s/ BRADY T. WYATT, III
BRADY T. WYATT, III